## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN THE INTEREST OF: D.A.H. A/K/A    :   No. 132 EAL 2016
D.H., A MINOR    :
   :
   :   Petition for Allowance of Appeal from
PETITION OF: E.H., FATHER    :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.